# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number: **V 0136378** | Officer Name (Print): **M.A. Webb** | Officer No.: **1296** |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy): **10/17/2011 1244hrs** | Offense Charged: ☒ CFR ☐ USC ☐ STATE CODE: **1.218(b)(17)** |
|---|---|

Place of Offense: **Beckley VAMC Parking lot, 200 Veterans Ave, Beckley WV 25801**

Offense Description: **Unauthorized use on federal property of alcoholic beverages**

### DEFENDANT INFORMATION
Phone: ( **304** ) **683** - **3485**

| Last Name: **Clay** | First Name: **Blake** | M.I.: **T** |
|---|---|---|

Street Address: [redacted]

| City: **Helen** | State: **WV** | ZIP Code: **25853** | Date of Birth (mm/dd/yyyy): [redacted]**1990** |
|---|---|---|---|

| Drivers License No.: **I331660** | D.L. State: **WV** | Social Security No.: [redacted]**-6918** |
|---|---|---|

☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female  
Hair: **BK**  Eyes: **BN**  Height: **5-06**  Weight: **135**

### VEHICLE DESCRIPTION
VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. See Instructions (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. See Instructions (on back of yellow copy).

$ **300.00** Forfeiture Amount  
+ $25 Processing Fee  

**PAY THIS AMOUNT** ▶ $ **325.00** Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: **110 North Heber St. Beckley, WV 25801**  
Date (mm/dd/yyyy): **11/15/2011**  
Time (hh:mm): **1000am**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: **Blake T Clay**

VA FORM 9019, JUN 2005  
Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October 17**, 20**11** while exercising my duties as a law enforcement officer in the **Southern** District of **WV**

In speaking with Blake Clay on VA controlled property, I detected the odor of an alcoholic beverage on his breath. I administered a P.B.T on Blake Clay and the result was .048 BAC. Blake Clay admitted to having a beer on VA controlled property.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation  
☐ information supplied to me from my fellow officer's observation  
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/17/2011**  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge: _____